UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSWORKERS, LOCAL 5 NEW YORK RETIREMENT, WELFARE, LABOR MANAGEMENT COALITION AND APPRENTICE TRAINING AND JOURNEYMEN UPGRADING FUNDS, AND BRICKLAYERS AND ALLIED CRAFTSWORKERS LOCAL 5 NEW YORK, | Civil Action No. 14-3199 |
| Plaintiffs, | ORDER |
| v. | |
| PAT GAGLIOSTRO & SONS, LLC, d/b/a PGS MASONRY CONTRACTORS INC. AND DOMINICK GAGLIOSTRO, | |
| Defendants. | |

This matter having come before the Court on Plaintiffs' motion for default judgment [Dkt. No. 7];

and for the reasons set forth in an Opinion issued on this date;

IT IS on this 8th day of January, 2015,

ORDERED that Plaintiffs' motion for default judgment [Dkt. No. 7] is **DENIED WITHOUT PREJUDICE**; and it is further

ORDERED that if Plaintiffs file another motion for default judgment in this matter, Plaintiffs must file a brief in support of the motion that addresses all of the legal issues identified in the Court's Opinion.

/s *Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**